IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

    Case No. 22-40067-03-EFM

DAVID BARKER,

    *Defendant.*

**MEMORANDUM AND ORDER**

    The Government has charged Defendant David Barker and his five Co-Defendants with conspiracy to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and § 846. The matter is before the Court on Defendant's Motion to Determine Admissibility of Co-Conspirator Statements (Doc. 66). Defendant has also filed three discovery motions, including a Motion to Compel Additional Sources of Confidential Information (Doc. 67) as well as Motions for Early Disclosure of Jury Panel Information (Doc. 64) and of Summary Evidence. (Doc. 65).

    These motions seek (1) the disclosure of jury panel information in advance of the typical time it is delivered, on the morning of trial, (2) discovery of evidence summaries made under Federal Rule of Evidence 1006 as they are completed, (3) information as to additional, undisclosed confidential informants, and (4) evidence relating to the statements made by the Co-

Defendants and alleged co-conspirators.  Defendant asks the Court to conduct a *James* hearing[1] to determine the admissibility of such statements offered under Federal Rule of Evidence 801(d).

The Government opposes none of these requests, and in fact joins with Defendant in the first two.  The Government further states that has provided Defendant with all the information from confidential informants and cooperating defendants, and otherwise "does not expect any new confidential sources or informants."  The Government submits that the Court's order should grant Defendant's motion by reiterating the obligation to provide discovery of evidence in the case pursuant to Rule 16 and other applicable law.  Finally, the Government agrees with the request for a *James* hearing.

The Co-Defendants have filed no response or opposition to the pending motions. Defendant has submitted no reply to the Government's Response.

Given these pleadings, the Court will grant the Motion to Compel to the extent that the Government is reminded of its obligation for continuing discovery.  The Court grants the Motion to Identify and Determine by scheduling a James hearing which will be conducted May 22, 2023 at 1:30 p.m. in Topeka Courtroom 403.

**IT IS ACCORDINGLY ORDERED** that Defendant's Motions for Early Disclosure (Docs 64, 65) are **GRANTED**; Defendant's Motions to Determine Admissibility and to Compel (Doc. 66, 67) are **GRANTED AS PROVIDED HEREIN**.

---

[1] The name is derived from *United States v. James*, 50 F.2d 575 (5th Cir. 1979).  Such a hearing is "the preferred procedure of this circuit."  *United States v. Stein*, 985 F.3d 1254, 1269 (10th Cir. 2021).

IT IS SO ORDERED this 5th day of April, 2023.

*Eric F. Melgren*
ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE